# EXHIBIT A

# Important: Notice of Cyber Security/ HIPPA Data Breach

Hello Jolla,

We are sending this letter to you as part of Acadia Health, LLC d/b/a Just Kids Dental's ("**Just Kids Dental**") commitment to protecting the privacy, security, and confidential information of our patients, parents and employees. We take information privacy very seriously, and it is important to us that you are made fully aware of any potential privacy issue. The purpose of this notice is to provide you with information about a recent data incident, our response to it, and additional steps you may take to better protect your personal information, should you feel it appropriate to do so.

You may receive multiple emails if you are a parent and provided your email address for multiple children/ patients.

**What Happened**

On August 2, 2023 Acadia Health, LLC's ("Just Kids Dental" or "JKD") computer systems and network were attacked by a malicious actor. A program was used to encrypt JKD's computer networks and data, including systems that Just Kids Dental uses to store certain