## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LATRIS JOLLA AND CARLIYAH BRACKEN INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | CIVIL CASE NO. |
| VERSUS | 23-1370-SDD-EWD |
| ACADIA HEALTH, LLC d/b/a JUST KIDS DENTAL | |

*And*

| | |
|---|---|
| STEVEN RHODES, ON BEHALF OF HIMSELF AND HIS MINOR CHILDREN, DMR, SMR, GGR, JVLR, AND ALL OTHERS SIMILARLY SITUATED | CIVIL CASE NO. |
| VERSUS | 23-1498-SDD-EWD |
| ACADIA HEALTH, LLC d/b/a JUST KIDS DENTAL | |

### ORDER OF CONSOLIDATION

Considering that the above titled actions involve common questions of law and fact, and further that judicial efficiency will be achieved,

**IT IS ORDERED** that Civil Action No. 23-1498-SDD-EWD, *Steven Rhodes, et al. v. Acadia Health, LLC, d/b/a Just Kids Dental* is **CONSOLIDATED WITH** Civil Action No. 23-1370-SDD-EWD, *Latris Jolla, et al. v. Acadia Health, LLC, d/b/a Just Kids Dental* for purposes. Counsel shall review Local Rule l0(b) for procedure governing consolidated cases.

**IT IS FURTHER ORDERED** that a copy of this Order of Consolidation shall be entered in each of the above-captioned consolidated actions.

Baton Rouge, Louisiana, this  8th  day of November, 2023.

*Shelly D. Dick*
_____
**SHELLY D. DICK
CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA**