

Acadia Health, LLC/ DBA Just Kids Dental
7150 Cahaba Valley Rd, STE 101
Birmingham, AL 35242
(205) 623-4455 – (800) 279-0381

September 13, 2023

[redacted]

## Notice of Data Breach

Dear [redacted] Household,

We are sending this letter to you as part of Acadia Health, LLC d/b/a Just Kids Dental's ("**Just Kids Dental**") commitment to protecting the privacy, security, and confidential information of our patients, parents and employees. We take information privacy very seriously, and it is important to us that you are made fully aware of any potential privacy issue. The purpose of this notice is to provide your household with information about a recent data incident, our response to it, and additional steps your household may take to better protect your personal information, should you feel it appropriate to do so. The persons in your household impacted by this incident and to whom the notification pertains are:

| [redacted] | [redacted] | [redacted] |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

### What Happened
On August 2, 2023 Acadia Health, LLC's ("Just Kids Dental" or "JKD") computer systems and network were attacked by a malicious actor. A program was used to encrypt JKD's computer networks and data, including systems that Just Kids Dental uses to store certain patient and employee files. This incident was discovered on August 8, 2023.

### What Information Was Involved
The information stored on the impacted servers related to you will depend on your relationship to Just Kids Dental:
- **For patients**, the affected personal information may have included your name, address, email, phone number(s), birth date, Social Security number, driver's license number, health insurance policy information, treatment information including radiographic images, medical record number, account number, and health conditions.
- **For patient parents or guardians**, the affected personal information may have included your name, address, email, phone number(s), birth date, Social Security number, driver's license number, and health insurance policy information.
- **For current and former employees**, the affected personal information may have included your name, Social Security number, local state and federal licensing information (NPI, DEA, and State licensing numbers).

V:2.3 Revised 08/30/2023 - CMD