UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LATRIS JOLLA, CARLIYAH BRACKEN, STEVEN RHODES,** on behalf himself and of his minor children, and **KAELYN FRANKLIN** on behalf of herself and her minor children,<br><br>Plaintiffs,<br><br>v.<br><br>**ACADIA HEALTH, LLC d/b/a JUST KIDS DENTAL,**<br><br>Defendant. | Civil Action No. 3:23-cv-01370-SDD-EWD |

## NOTICE OF SETTLEMENT

Plaintiffs Latris Jolla, Carliyah Bracken, Steven Rhodes, on behalf of himself and his minor children, and Kaelyn Franklin, on behalf of herself and her minor children, together with Defendant Acadia Health, LLC d/b/a Just Kids Dental (collectively, the "Parties"), by and through their respective counsel of record, hereby give notice that they have agreed, in principle, to a class settlement, subject to the Parties entering into a comprehensive settlement agreement and approval of the Court. The Parties anticipate filing a motion for preliminary approval of the class settlement within the next sixty (60) days. The Parties therefore respectfully request that the Court vacate all case deadlines, pending completion of the class action settlement process pursuant to Rule 23 of the Federal Rules of Civil Procedure.

DATED: March 10, 2025

Respectfully submitted,

/s/ *M. Palmer Lambert*
M. PALMER LAMBERT
**PENDLEY, BAUDIN & COFFIN**
3500 N. Causeway Blvd., Suite 402

Metairie, Louisiana 70002
Tel: (504) 355-0086
Fax: (504) 355-0089
plambert@pbclawfirm.com

Danielle L. Perry
Lisa A. White
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640  Washington, DC 20015
Tel: (202) 429-2290
dperry@masonllp.com
lwhite@masonllp.com

Tyler J. Bean
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2025, the foregoing document was served via this Court's CM/ECF system to all counsel of record.

*/s/ M. Palmer Lambert*
M. Palmer Lambert

2