## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

LATRIS JOLLA, ET AL.

VERSUS

ACADIA HEALTH, LLC, ET AL.

CIVIL ACTION

23-1370-SDD-EWD

## ORDER

**CONSIDERING** the *Joint Notice of Settlement*[1] filed in the above captioned matter;

**IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendants are hereby DISMISSED without prejudice to the right, upon good clause shown within sixty (60) days, to reopen the action if the settlement is not consummated.

Signed in Baton Rouge, Louisiana on March 10, 2025.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 65.