IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LATRIS JOLLA, CARLIYAH BRACKEN, STEVEN RHODES, on behalf of himself and his minor children, and KAELYN FRANKLIN on behalf of herself and her minor children, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>ACADIA HEALTH, LLC d/b/a JUST KIDS DENTAL,<br><br>Defendant. | Case No. 3:23-cv-01370-SDD-EWD |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT, AWARD
OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

Plaintiffs Latris Jolla, Carliyah Bracken, Steven Rhodes, and Kaelyn Franklin, individually and behalf of others similarly situated ("Plaintiffs") hereby move this Court for final approval of the class action settlement preliminarily approved by this Court on April 8, 2025. Plaintiffs respectfully request that this Court:

a. Grant final certification of the Settlement Classes, appoint Plaintiffs Latris Jolla, Carliyah Bracken, Steven Rhodes, and Kaelyn Franklin as Class Representatives and appoint Danielle L. Perry of Mason LLP and Tyler J. Bean of Siri & Glimstad LLP as Class Counsel;

b. Approve the requested attorneys' fees of 35% of the Settlement Fund ($306,250), expenses of $14,713.54, and Plaintiffs' requested service awards in the amount of $3,000 to each of the four representative Plaintiffs (for a total of $12,000);

    c.    Find that the Notice met the requirements of due process and Federal Rule of Civil Procedure 23;

    d.    Find that the terms of the Settlement Agreement are fair, reasonable, and adequate and approved, adopted, and incorporated by the Court;

    e.    Direct the Parties, their respective attorneys, and the Claims Administrator to consummate the Settlement in accordance with the Court Order and the terms of the Settlement Agreement, and;

    f.    Resolve all claims against all parties in this Action and issue the Proposed Final Approval Order.

This Motion is based on the Settlement Administrator Declaration of Christopher Leung of Simpluris in Support of Final Approval filed herewith; Plaintiffs' Motion for Preliminary Approval of Class Action Settlement at ECF 70 and accompanying documents; Plaintiffs' Motion for Approval of Attorneys' Fees, Expenses, and Service Awards at ECF 72 and accompanying documents; all other pleadings and papers on file in this Action; and any oral argument that may be heard by this Court at or prior to the Final Approval Hearing currently scheduled for August 7, 2025.

Defendant does not oppose the relief sought in this motion.

Wherefore, premises considered, Plaintiffs request that this Court grant this motion and grant the motion for attorneys' fees, costs, and service awards (ECF No. [72]).

DATED: July 24, 2025                Respectfully submitted,

                                                  */s/ Danielle L. Perry*
                                                  Danielle L. Perry (*admitted pro hac vice*)
                                                  **MASON LLP**
                                                  5335 Wisconsin Avenue, NW, Suite 640
                                                  Washington, DC 20015

Tel: (202) 429-2290  
Email: dperry@masonllp.com

M. Palmer Lambert (#33228)  
**PENDLEY, BAUDIN & COFFIN**  
1100 Poydras Street, Suite 3525  
New Orleans, Louisiana 70163-2225  
Tel: (504) 355-0086  
Fax: (504) 355-0089  
Email: plambert@pbclawfirm.com

Tyler J. Bean (*admitted pro hac vice*)  
**SIRI & GLIMSTAD LLP**  
745 Fifth Avenue, Suite 500  
New York, New York 10151  
Tel: (212) 532-1091  
Email: tbean@sirillp.com

*Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court for the Middle District of Louisiana via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matters.

                                         */s/ Danielle L. Perry*  
                                         Danielle L. Perry