# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LATRIS JOLLA, CARLIYAH BRACKEN, STEVEN RHODES ON BEHALF OF HIMSELF AND HIS MINOR CHILDREN, and KAELYN FRANKLIN ON BEHALF OF HERSELF AND HER MINOR CHILDREN,**<br><br>**individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**ACADIA HEALTH, LLC d/b/a JUST KIDS DENTAL,**<br><br>Defendant. | CIVIL ACTION<br><br>CASE NO. 3:23-cv-01370-SDD-EWD<br><br>CHIEF JUDGE SHELLY D. DICK<br><br>MAGISTRATE JUDGE ERIN WILDER-DOOMES |

### DECLARATION OF CHRISTOPHER LEUNG OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC. REGARDING NOTICE AND ADMINISTRATION

I, CHRISTOPHER LEUNG, declare and state as follows:

1.  I am employed as a Project Manager by Simpluris, Inc. ("Simpluris"), the claims administrator in the above-entitled action. Our corporate office address is 3194-C Airport Loop Dr., Costa Mesa, CA 92626. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself. I have personal knowledge of the information set forth herein.

2.  Simpluris is a class action administrator located in Costa Mesa, California. Established in 2007, Simpluris has administered over 9,000 cases nationwide, with class sizes ranging from a few hundred to over one million class members. Representative cases include: *Myart v. AutoZone, Inc.* and *Aceves v. Autozone, Inc.* (US District Court, CA Central Division) (208,050 class members), *Diaz v. SeaWorld* (Superior Court of the State of California) (1,281,123 class members), and *Woods v. Vector Marketing* (US District Court, Northern District of California) (194,500 class members).

3.       I submit this declaration to inform the Parties, and the Court of the Claims Administration activities completed to date. This declaration describes the (1) intake of class member data and dissemination of direct notice, (2) the Settlement Website, (3) the toll-free hotline (4) the receipt and processing of claim forms, (5) and the receipt and processing of opt outs and objections.

## CLASS DATA

4.       On April 10, 2025, Counsel for Defendant provided Simpluris with a data file containing 129,463 known Settlement Class Member names, mailing addresses and email addresses. After performing standard data hygiene, deduplication analysis and skip-tracing, the final class list was confirmed to contain 129,463 unique records of Settlement Class Members. Of these 129,463 unique records of Settlement Class Members, Simpluris identified 48,391 valid email addresses.

## DIRECT NOTICE

5.       On May 8, 2025, Simpluris mailed the Postcard Notice to the 72,923 U.S. mailing addresses to the Adult Subclass Members. The Notices advised Settlement Class Members of their rights to submit a claim, request exclusion from the settlement, object to the settlement, or do nothing, and the implications of each such action. Attached hereto as **Exhibit A** is a true and correct copy of the Postcard Notice to the Adult Subclass Members.

6.       As of July 18, 2025, USPS has returned 15,991 Postcard Notices for the Adult Subclass Members. For the mailings returned without a forwarding address, Simpluris performed an advanced address search (i.e., skip trace) on these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Class Member's name and previous address to locate a more current address. Of the 15,991 returned Notices, 11,068 Notices were re-mailed to either a newfound address or with forwarding addresses provided by USPS, and 4,923 Notices were determined to be undeliverable because no updated address was available.

7.       On May 8, 2025, Simpluris mailed the Postcard Notice to the 56,540 U.S. mailing addresses to the Minor Subclass Members. The Notices advised Settlement Class Members of their rights to submit a claim, request exclusion from the settlement, object to the settlement, or do nothing, and the

implications of each such action. Attached hereto as **Exhibit B** is a true and correct copy of the Postcard Notice to the Minor Subclass Members.

8. As of July 18, 2025, USPS has returned 12,585 Postcard Notices for the Minor Subclass Members. For the mailings returned without a forwarding address, Simpluris performed an advanced address search (i.e., skip trace) on these addresses by using Accurint, a reputable research tool owned by Lexis-Nexis. Simpluris used the Class Member's name and previous address to locate a more current address. Of the 12,585 returned Notices, 2,433 Notices were re-mailed to either a newfound address or with forwarding addresses provided by USPS, and 10,152 Notices were determined to be undeliverable because no updated address was available.

9. Based on the foregoing, following all notice re-mailings, Simpluris has reason to believe that notices likely reached 114,388 of the 129,463 to whom the notice was mailed, which equates to a reach rate of the direct mail notice of approximately 88.3%. This reach rate is consistent with other court-approved, best practicable notice programs.

10. On May 8, 2025, Simpluris sent the Email Notice to 23,029 valid email addresses for the Adult Subclass Members. The Notices advised Settlement Class Members of their rights to submit a claim, request exclusion from the settlement, object to the settlement, or do nothing, and the implications of each such action. Of the 23,029 Email Notices sent, Simpluris successfully delivered Email Notice to 22,615 Adult Subclass Members. Attached hereto as **Exhibit C** is a true and correct copy of the Email Notice to the Adult Subclass Members.

11. On May 8, 2025, Simpluris sent the Email Notice to 25,362 valid email addresses for the Minor Subclass Members. The Notices advised Settlement Class Members of their rights to submit a claim, request exclusion from the settlement, object to the settlement, or do nothing, and the implications of each such action. Of the 25,362 Email Notices sent, Simpluris successfully delivered Email Notice to 24,963 Minor Subclass Members. Attached hereto as **Exhibit D** is a true and correct copy of the Email Notice to the Minor Subclass Members.

**WEBSITE AND TELEPHONE NUMBER**

12. On or about May 8, 2025, Simpluris published and continues to maintain a dedicated website at www.jkddatasettlement.com (the "Settlement Website"). The Settlement Website contains a summary of the Settlement; important dates and deadlines, answers to frequently asked questions, information on how to contact the Claims Administrator, and downloadable versions of the Settlement documents, Long Form Notice, Postcard Notice, and the Claim Form. As of July 23, 2025, there have been 12,363 total pages views and 2,333 unique visitors to the website.

13. A Settlement-specific toll-free telephone number was included in the notice and on the website. The system is accessible 24 hours a day, seven days a week, and will remain in operation throughout the settlement administration. The toll-free telephone number included in the notice and on the website is 1-833-296-0947. This telephone number is active and has been available to the public since May 8, 2025. As of July 18, 2025, Simpluris has received 666 telephone calls to the toll-free line.

## CLAIM FORM SUBMISSIONS

14. The deadline to submit a claim form is August 6, 2025. As of July 23, 2025, Simpluris has received 898 Claim Form submissions. These claim forms are still subject to final audits, including the full assessment of each claim's validity and a review for duplicate submissions.

## REQUESTS FOR EXCLUSION AND OBJECTIONS

15. The postmark deadline for Settlement Class Members to submit a request for exclusion from the proposed Settlement was July 7, 2025.

16. As of the date of this Declaration, Simpluris has received zero (0) requests for exclusion from the proposed Settlement.

17. The postmark deadline for Settlement Class Members to submit an objection to the proposed Settlement was July 7, 2025.

18. As of the date of this Declaration, Simpluris has received zero (0) objections to the proposed Settlement from Settlement Class Members.

I declare under penalty of perjury that the above is true and correct and that this Declaration was executed this 23th day of July 2025 in Los Angeles, CA.

_____
CHRISTOPHER LEUNG

# EXHIBIT A

**JKDD Data Settlement**
**Settlement Administrator**
**PO Box 25226**
**Santa Ana, CA 92799**

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
SIMPLURIS INC

## LEGAL NOTICE

*Jolla et al v Acadia Health LLC dba Just Kids Dental*
United States District Court – Middle District of Louisiana
Case No. 3:23-cv-01370-SDD-EWD

**IF YOU WERE NOTIFIED BY ACADIA HEALTH d/b/a JUST KIDS DENTAL OF A DATA INCIDENT DISCOVERED ON OR ABOUT AUGUST 2023, YOU MAY BE ELIGIBLE FOR PAYMENT AND/OR CREDIT MONITORING SERVICES FROM A CLASS ACTION SETTLEMENT.**
*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

«IMb₁ullBarcodeEncoded»

«FirstName» «LastName» «BusinessName»
«Address1» «Address2»
«City», «State»  «Zip»

SIMID «SIMID»
«Barcode encoded »

**Class Member #: <<SIMID>>**     **Unique ID: <<Claim Login ID>>**     **Claim Login PIN: <<PIN>>**

A settlement has been reached in a class action lawsuit against Decalia Health, d/b/a Just Kids Dental, ("JKD" or "Defendant") concerning an alleged data security incident affecting Defendant that was discovered by Defendant in or around August 2023 (the "Data Incident"). The computer systems affected by the Data Incident contained the Private Information of certain individuals. Plaintiffs claim that Defendant was responsible for the Data Incident. Defendant denies all of the claims.

**WHO IS INCLUDED?** Defendant's records show you received a notification from Defendant regarding the Data Incident, and, therefore, you are included in this Settlement as a "Settlement Class Member" unless you opt out of the Settlement.

**SETTLEMENT BENEFITS**. The Settlement provides for a $875,000 common fund, to provide monetary relief and/or monitoring services for three groups of individuals: a Minor Subclass, Adult Subclass, and SSN Subclass. You are a member of the <<MERGED_SUBCLASS>>. Minor Subclass members will be provided 10 years of Cy Ex's Minor Defense Pro product, without having to make a claim. SSN Subclass members are eligible to claim 2-years of 3-bureau credit monitoring and identity protection services. Adult Subclass members can claim monetary relief in the form of documented expense reimbursements or a pro rata cash payment. Adult Subclass members who are not a part of the SSN Subclass can claim up to $2500 in reimbursements for documented losses or a pro rata cash payment. SSN Subclass members can claim up to $10,000 in reimbursements for documented losses or a pro rata cash payment. Pro rata cash payments will be calculated from the Settlement Fund after payment of Settlement Administration Fees, Attorneys' Fees Costs and Expenses, Credit Monitoring and Identity Restoration Services, and Documented Monetary Losses. SSN Subclass members will be able to claim a pro rata cash payment in an amount 3x that available to Adult Subclass members not a member of the SSN Subclass. **Unless you are a Minor Subclass Member, the only way to receive a benefit is to file a claim**. **To get a Claim Form, visit the Settlement Website, at www.jkddatasettlement.com, or call (833)-296-0947**. **The claim deadline is August 6th, 2025**.

**OPT OUT**. If you do not want to be legally bound by the Settlement, you must exclude yourself. A more detailed notice is available to explain how to exclude yourself. You must mail your exclusion request, postmarked no later than **July 7th, 2025,** to the Settlement Administrator. You cannot exclude yourself by phone or email. If you exclude yourself from the Settlement, you will receive no benefits under the Settlement and will not be legally bound by the Court's judgments related to the Settlement Class and Defendant in this class action.

**OBJECT**. If you stay in the Settlement, you may object to it by **July 7th, 2025**, if you do not agree with any part of it. A more detailed notice is available to explain how to object. You must mail your objection, postmarked no later than **July 7th, 2025**, to the Settlement Administrator. You can object only if you stay in the Settlement Class.

**OTHER OPTIONS**. If you do nothing, you will remain in the Settlement Class, you will not be eligible for benefits, and you will be bound by the decisions of the Court and give up your rights to sue Defendant for the claims resolved by this Settlement.

**FOR MORE INFORMATION**. Please visit the website or call **(833)-296-0947** for a copy of the more detailed notice. On **August 7th, 2025**, the Court will hold a Final Approval Hearing to determine whether to approve the Settlement, Class Counsel's request for attorneys' fees not to exceed 35% of the Settlement Fund, or $306,250, litigation costs not to exceed $25,000.00 and for a Service Award Payment of $3,000 to each of the four Class Representatives. The Motion for attorneys' fees and expenses and service awards will be posted on the Settlement Website, at **www.jkddatasettlement.com,** after it is filed. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to. This is only a summary. For more information, call or visit the Settlement Website: **www.jkddatasettlement.com.**

# EXHIBIT B

**JKD Data Settlement**
**Settlement Administrator**
**PO Box 25226**
**Santa Ana, CA 92799**

PRESORTED
FIRST-CLASS MAIL
US POSTAGE
PAID
SIMPLURIS INC

## LEGAL NOTICE

*Jolla et al v Acadia Health LLC dba Just Kids Dental*
United States District Court – Middle District of Louisiana
Case No. 3:23-cv-01370-SDD-EWD

**IF YOU WERE NOTIFIED BY ACADIA HEALTH d/b/a JUST KIDS DENTAL OF A DATA INCIDENT DISCOVERED ON OR ABOUT AUGUST 2023, YOU MAY BE ELIGIBLE FOR PAYMENT AND/OR CREDIT MONITORING SERVICES FROM A CLASS ACTION SETTLEMENT.**
*Si desea recibir esta notificación en español, llámenos o visite nuestra página web.*

«IMbıullBarcodeEncoded»

«FirstName» «LastName» «BusinessName»
«Address1» «Address2»
«City», «State»  «Zip»

SIMID «SIMID»
«Barcode encoded »

**Class Member #:** <<SIMID>>
**Unique ID:** Not Applicable (Minor Subclass)
**Claim Login PIN:** Not Applicable (Minor Subclass)

A settlement has been reached in a class action lawsuit against Acadia Health LLC d/b/a Just Kids Dental ("JKD") or "Defendant") concerning an alleged data security incident affecting Defendant that was discovered by Defendant in or around August 2023 (the "Data Incident"). The computer systems affected by the Data Incident contained the Private Information of certain individuals. Plaintiffs claim that Defendant was responsible for the Data Incident. Defendant denies all of the claims.

**WHO IS INCLUDED?** Defendant's records show you received a notification from Defendant regarding the Data Incident, and, therefore, you are included in this Settlement as a "Settlement Class Member" unless you opt out of the Settlement.

**SETTLEMENT BENEFITS**. The Settlement provides for a $875,000 common fund, to provide monetary relief and/or monitoring services for three groups of individuals: a Minor Subclass, Adult Subclass, and SSN Subclass. You are a member of the <<MERGED_SUBCLASS>>. Minor Subclass members will be provided 10 years of Cy Ex's Minor Defense Pro product, without having to make a claim. SSN Subclass members are eligible to claim 2-years of 3-bureau credit monitoring and identity protection services. Adult Subclass members can claim monetary relief in the form of documented expense reimbursements or a pro rata cash payment. Adult Subclass members who are not a part of the SSN Subclass can claim up to $2500 in reimbursements for documented losses or a pro rata cash payment. SSN Subclass members can claim up to $10,000 in reimbursements for documented losses or a pro rata cash payment. Pro rata cash payments will be calculated from the Settlement Fund after payment of Settlement Administration Fees, Attorneys' Fees Costs and Expenses, Credit Monitoring and Identity Restoration Services, and Documented Monetary Losses.  SSN Subclass members will be able to claim a pro rata cash payment in an amount 3x that available to Adult Subclass members not a member of the SSN Subclass. **Unless you are a Minor Subclass Member, the only way to receive a benefit is to file a claim**. **To get a Claim Form, visit the Settlement Website, at www.jkddatasettlement.com, or call (833)-296-0947**. **The claim deadline is August 6th, 2025**.

**OPT OUT**. If you do not want to be legally bound by the Settlement, you must exclude yourself. A more detailed notice is available to explain how to exclude yourself. You must mail your exclusion request, postmarked no later than **July 7th, 2025**, to the Settlement Administrator. You cannot exclude yourself by phone or email. If you exclude yourself from the Settlement, you will receive no benefits under the Settlement and will not be legally bound by the Court's judgments related to the Settlement Class and Defendant in this class action.

**OBJECT**. If you stay in the Settlement, you may object to it by **July 7th, 2025,** if you do not agree with any part of it. A more detailed notice is available to explain how to object. You must mail your objection, postmarked no later than **July 7th, 2025,** to the Settlement Administrator. You can object only if you stay in the Settlement Class.

**OTHER OPTIONS**. If you do nothing, you will remain in the Settlement Class, you will not be eligible for benefits, and you will be bound by the decisions of the Court and give up your rights to sue Defendant for the claims resolved by this Settlement.

**FOR MORE INFORMATION**. Please visit the website or call **(833)-296-0947** for a copy of the more detailed notice. On **August 7th, 2025**, the Court will hold a Final Approval Hearing to determine whether to approve the Settlement, Class Counsel's request for attorneys' fees not to exceed 35% of the Settlement Fund, or $306,250, litigation costs not to exceed $25,000.00 and for a Service Award Payment of $3,000 to each of the four Class Representatives. The Motion for attorneys' fees and expenses and service awards will be posted on the Settlement Website, at **www.jkddatasettlement.com**, after it is filed. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to. This is only a summary. For more information, call or visit the Settlement Website: **www.jkddatasettlement.com**

# EXHIBIT C

To:  [Class Member Email Address]
From:  noreply@JKDDataSettlement.com
Subject: Notice of Proposed Class Action Settlement – Acadia Health LLC d/b/a Just Kids Dental

**Class Member #: << SIMID>>**
**Unique ID: <<Claim Login ID>>**
**Claim Login PIN: <<PIN>>**

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Jolla et al v Acadia Health LLC dba Just Kids Dental*
**United States District Court – Middle District of Louisiana**
**Case No. 3:23-cv-01370-SDD-EWD**

### IF YOU WERE NOTIFIED BY ACADIA HEALTH d/b/a JUST KIDS DENTAL OF A DATA INCIDENT DISCOVERED ON OR ABOUT AUGUST 2023, YOU MAY BE ELIGIBLE FOR PAYMENT AND/OR CREDIT MONITORING SERVICES FROM A CLASS ACTION SETTLEMENT.

*Si desea recibir esta notificación en Español, llámenos o visite nuestra pagina web.*

A settlement has been reached in a class action lawsuit against Acadia Health d/b/a Just Kids Dental, ("JKD" or "Defendant") concerning an alleged data security incident affecting Defendant that was discovered by Defendant in or around August 2023 (the "Data Incident"). The computer systems affected by the Data Incident contained the Private Information of certain individuals. Plaintiffs claim that Defendant was responsible for the Data Incident. Defendant denies all of the claims.

**WHO IS INCLUDED?** Defendant's records show you received a notification from Defendant regarding the Data Incident, and, therefore, you are included in this Settlement as a "Settlement Class Member" unless you opt out of the Settlement.

**SETTLEMENT BENEFITS.** The Settlement provides for a $875,000 common fund, to provide monetary relief and/or monitoring services for three groups of individuals: a Minor Subclass, Adult Subclass, and SSN Subclass. You are a member of the <<**MERGED_SUBCLASS**>>. Minor Subclass members will be provided 10 years of Cy Ex's Minor Defense Pro product, without having to make a claim. SSN Subclass members are eligible to claim 2-years of 3-bureau credit monitoring and identity protection services. Adult Subclass members can claim monetary relief in the form of documented expense reimbursements or a pro rata cash payment. Adult Subclass members who are not a part of the SSN Subclass can claim up to $2500 in reimbursements for documented losses or a pro rata cash payment. SSN Subclass members can claim up to $10,000 in reimbursements for documented losses or a pro rata cash payment. Pro rata cash payments will be calculated from the Settlement Fund after payment of Settlement Administration Fees, Attorneys' Fees Costs and Expenses, Credit Monitoring and Identity Restoration Services, and Documented Monetary Losses. SSN Subclass members will be able to claim a pro rata cash payment in an amount 3x that available to Adult Subclass members not a member of the SSN Subclass. **Unless you are a Minor Subclass Member, the only way to receive a benefit is to file a claim**. **To get a Claim Form, visit the Settlement Website, at www.jkddatasettlement.com, or call (833)-296-0947**. **The claim deadline is August 6th, 2025.**

**OPT OUT**.  If you do not want to be legally bound by the Settlement, you must exclude yourself.  A more detailed notice is available to explain how to exclude yourself.  You must mail your exclusion request, postmarked no later than **July 7th, 2025,** to the Settlement Administrator.  You cannot exclude yourself by phone or email.  If you exclude yourself from the Settlement, you will receive no benefits under the Settlement and will not be legally bound by the Court's judgments related to the Settlement Class and Defendant in this class action.

**OBJECT**.  If you stay in the Settlement, you may object to it by **July 7th, 2025**, if you do not agree with any part of it. A more detailed notice is available to explain how to object. You must mail your objection, postmarked no later than **July 7th, 2025**, to the Settlement Administrator.  You can object only if you stay in the Settlement Class.

**OTHER OPTIONS**. If you do nothing, you will remain in the Settlement Class, you will not be eligible for benefits, and you will be bound by the decisions of the Court and give up your rights to sue Defendant for the claims resolved by this Settlement.

**FOR MORE INFORMATION**.  Please visit the website or call **(833)-296-0947** for a copy of the more detailed notice. On **August 7th, 2025,** the Court will hold a Final Approval Hearing to determine whether to approve the Settlement, Class Counsel's request for attorneys' fees not to exceed 35% of the Settlement Fund, or $306,250, litigation costs not to exceed $25,000.00 and for a Service Award Payment of $3,000 to each of the four Class Representatives. The Motion for attorneys' fees and expenses and service awards will be posted on the Settlement Website, at **www.jkddatasettlement.com,** after it is filed. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to. This is only a summary. For more information, call or visit the Settlement Website: **www.jkddatasettlement.com.**

# EXHIBIT D

To:       [Class Member Email Address]
From:     noreply@JKDDataSettlement.com
Subject:  Notice of Proposed Class Action Settlement – Acadia Health LLC d/b/a Just Kids Dental

---

**Class Member #: << SIMID>>**
Unique ID: Not Applicable (Minor Subclass)
Claim Login PIN: Not Applicable (Minor Subclass)

### NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Jolla et al v Acadia Health LLC dba Just Kids Dental*
**United States District Court – Middle District of Louisiana**
**Case No. 3:23-cv-01370-SDD-EWD**

**IF YOU WERE NOTIFIED BY ACADIA HEALTH d/b/a JUST KIDS DENTAL OF A DATA INCIDENT DISCOVERED ON OR ABOUT AUGUST 2023, YOU MAY BE ELIGIBLE FOR PAYMENT AND/OR CREDIT MONITORING SERVICES FROM A CLASS ACTION SETTLEMENT.**

*Si desea recibir esta notificación en Español, llámenos o visite nuestra pagina web.*

A settlement has been reached in a class action lawsuit against Acadia Health d/b/a Just Kids Dental, ("JKD" or "Defendant") concerning an alleged data security incident affecting Defendant that was discovered by Defendant in or around August 2023 (the "Data Incident"). The computer systems affected by the Data Incident contained the Private Information of certain individuals. Plaintiffs claim that Defendant was responsible for the Data Incident. Defendant denies all of the claims.

**WHO IS INCLUDED?** Defendant's records show you received a notification from Defendant regarding the Data Incident, and, therefore, you are included in this Settlement as a "Settlement Class Member" unless you opt out of the Settlement.

**SETTLEMENT BENEFITS.** The Settlement provides for a $875,000 common fund, to provide monetary relief and/or monitoring services for three groups of individuals: a Minor Subclass, Adult Subclass, and SSN Subclass. You are a member of the <<**MERGED_SUBCLASS**>>. Minor Subclass members will be provided 10 years of Cy Ex's Minor Defense Pro product, without having to make a claim. SSN Subclass members are eligible to claim 2-years of 3-bureau credit monitoring and identity protection services. Adult Subclass members can claim monetary relief in the form of documented expense reimbursements or a pro rata cash payment. Adult Subclass members who are not a part of the SSN Subclass can claim up to $2500 in reimbursements for documented losses or a pro rata cash payment. SSN Subclass members can claim up to $10,000 in reimbursements for documented losses or a pro rata cash payment. Pro rata cash payments will be calculated from the Settlement Fund after payment of Settlement Administration Fees, Attorneys' Fees Costs and Expenses, Credit Monitoring and Identity Restoration Services, and Documented Monetary Losses. SSN Subclass members will be able to claim a pro rata cash payment in an amount 3x that available to Adult Subclass members not a member of the SSN Subclass. **Unless you are a Minor Subclass Member, the only way to receive a benefit is to file a claim**. **To get a Claim Form, visit the Settlement Website, at www.jkddatasettlement.com, or call (833)-296-0947**. **The claim deadline is August 6th, 2025**.

**OPT OUT**.  If you do not want to be legally bound by the Settlement, you must exclude yourself.  A more detailed notice is available to explain how to exclude yourself.  You must mail your exclusion request, postmarked no later than **July 7th, 2025,** to the Settlement Administrator.  You cannot exclude yourself by phone or email.  If you exclude yourself from the Settlement, you will receive no benefits under the Settlement and will not be legally bound by the Court's judgments related to the Settlement Class and Defendant in this class action.

**OBJECT**.  If you stay in the Settlement, you may object to it by **July 7th, 2025**, if you do not agree with any part of it. A more detailed notice is available to explain how to object. You must mail your objection, postmarked no later than **July 7th, 2025**, to the Settlement Administrator.  You can object only if you stay in the Settlement Class.

**OTHER OPTIONS**. If you do nothing, you will remain in the Settlement Class, you will not be eligible for benefits, and you will be bound by the decisions of the Court and give up your rights to sue Defendant for the claims resolved by this Settlement.

**FOR MORE INFORMATION**.  Please visit the website or call **(833)-296-0947** for a copy of the more detailed notice. On **August 7th, 2025,** the Court will hold a Final Approval Hearing to determine whether to approve the Settlement, Class Counsel's request for attorneys' fees not to exceed 35% of the Settlement Fund, or $306,250, litigation costs not to exceed $25,000.00 and for a Service Award Payment of $3,000 to each of the four Class Representatives. The Motion for attorneys' fees and expenses and service awards will be posted on the Settlement Website, at **www.jkddatasettlement.com,** after it is filed. You or your own lawyer, if you have one, may ask to appear and speak at the hearing at your own cost, but you do not have to. This is only a summary. For more information, call or visit the Settlement Website: **www.jkddatasettlement.com.**