UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MINUTE ENTRY:
AUGUST 7, 2025
CHIEF DISTRICT JUDGE SHELLY D. DICK

| | |
|---|---|
| LATRIS JOLLA, individually, and on behalf of all other similarly situated | CIVIL ACTION |
| VERSUS | 23-1370-SDD-EWD |
| ACADIA HEALTH, LLC | |

This matter came on this day for a hearing by on *Unopposed Motion for Final Approval of Class Action Settlement, Award of Attorneys' Fees, Expenses, and Service Awards.*[1]

    PRESENT:  Lisa A. White, Esq.
                     Counsel for Plaintiffs

                     Nicholas O. Zotti, Esq.
                     Counsel for Defendant

Counsel present argument relative to standing and jurisdiction.

Counsel present argument relative to the *Motion*, proposed settlement and request for attorney's fees.

The Court finds that it has jurisdiction to proceed. The Court further finds that the settlement is "fair, reasonable and adequate" per Rule 23(e)(2).

Counsel notifies the Court that there was a delay in executing CAFA notice.

This matter is set for final settlement approval on Thursday, October 30, 2025, at 10:00 a.m. Counsel shall notify the Court of any objections to CAFA notice prior to this date. If no objections, Counsel may move the Court postpone the final settlement

---

[1] Rec. Doc. 73.

approval hearing without date, at which time the Court will issue an order approving the settlement.

\* \* \* \* \*

Reporter: Shannon Thompson
CV 25a/45 mins