IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LATRIS JOLLA, CARLIYAH BRACKEN, STEVEN RHODES, on behalf of himself and his minor children, and KAELYN FRANKLIN on behalf of herself and her minor children, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>ACADIA HEALTH, LLC d/b/a JUST KIDS DENTAL,<br><br>      Defendant. | Case No. 3:23-cv-01370-SDD-EWD |

**JOINT MOTION TO POSTPONE THE FINAL APPROVAL HEARING
AND TO ISSUE AN ORDER APPROVING THE CLASS ACTION SETTLEMENT**

Pursuant to this Court's minute order (Doc. No. 76), the parties respectfully request that the Court postpone the final settlement approval hearing without date and finally approve the Settlement as the CAFA Deadline has passed and none of the noticed state and federal attorneys general has objected to the Settlement. Plaintiffs hereby state:

1. On July 28, 2025, the parties apprised the Court that they recently had learned that the Settlement Administrator had not sent CAFA notices to state and federal attorneys general pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715 ("CAFA"). (Doc. No. 74.)

2. On July 22, 2025, the Settlement Administrator served those CAFA notices. (Doc. No. 74, ¶ 9.)

3. Ninety days after July 22, 2025, is October 23, 2025 (the "CAFA Deadline").

4. Accordingly, a Final Order could not be entered at the final approval hearing set for August 7, 2025.

5.  The parties, however, requested that the final approval hearing go forward on July 7, 2025, but that, pursuant to 28 U.S.C. § 1715(d), a Final Order not be entered until after the passing of the CAFA Deadline. (Doc. No. 74, ¶ 12.)

6.  The final approval hearing went forward on August 7, 2025, and this Court issued the following Order:

> This matter is set for final settlement approval on Thursday, October 30, 2025, at 10:00 a.m. Counsel shall notify the Court of any objections to CAFA notice prior to this date. If no objections, Counsel may move the Court postpone the final settlement approval hearing without date, at which time the Court will issue an order approving the settlement.

7.  The CAFA Deadline has since passed and none of the noticed state and federal attorneys general has objected to the Settlement.

8.  Accordingly, the parties request that this Court postpone the final settlement approval hearing without date and finally approve the Settlement.

DATED: October 27, 2025                Respectfully submitted,

*/s/ Danielle L. Perry*
Danielle L. Perry (admitted *pro hac vice*)
**MASON LLP**
5335 Wisconsin Avenue, NW, Suite 640
Washington, DC 20015
Tel: (202) 429-2290
Email: dperry@masonllp.com

M. Palmer Lambert (#33228)
**PENDLEY, BAUDIN & COFFIN**
1100 Poydras Street, Suite 3525
New Orleans, Louisiana 70163-2225
Tel: (504) 355-0086
Fax: (504) 355-0089
Email: plambert@pbclawfirm.com

Tyler J. Bean (admitted *pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
Email: tbean@sirillp.com

*Counsel for Plaintiffs and the Class*


/s/ Nicholas O. Zotti
Nicholas O. Zotti (#35596)
Ronald L. Riggle (#22143)
**LITCHFIELD CAVO, LLP**
1261 W. Causeway Approach, Ste. 200
Mandeville, LA 70471
Tel: (985) 869-8700
Email: zotti@litchfieldcavo.com
Email: riggle@litchfieldcavo.com

Jason E. Hunter (admitted *pro hac vice*)
Bryan Curry (admitted *pro hac vice*)
**LITCHFIELD CAVO, LLP**
303 W. Madison, Suite 300
Chicago, IL 60601
Tel: (312) 781-6587
Email: hunter@litchfieldcavo.com
Email: curry@litchfieldcavo.com

*Counsel for Defendant Acadia Health, LLC d/b/a Just Kids Dental*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October 2025, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court for the Middle District of Louisiana via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matters.

*/s/ Danielle L. Perry*
Danielle L. Perry (admitted *pro hac vice*)
